RICHARD D. JOHNSON,
*Court Administrator/Clerk*

*The Court of Appeals*
of the
*State of Washington*
*Seattle*

DIVISION I
One Union Square
600 University Street
98101-4170
(206) 464-7750
TDD: (206) 587-5505

October 6, 2014

Brian S Sommer
13555 SE 36th St Ste 300
Bellevue, WA, 98006-1489
bsommer@rcolegal.com

Steven K Linkon
13555 SE 36th St Ste 300
Bellevue, WA, 98006-1489
slinkon@rcolegal.com

Michael Gene Fulbright
11820 Northup Way Ste E200
Bellevue, WA, 98005-1966
mike@fulbrightlegal.com

CASE #: 70646-2-I
Bank of America, Appellant v. Nottingham Properties I, Respondent

King County, Cause No. 11-2-35753-8.KNT

Counsel:

Enclosed is a copy of the opinion filed in the above-referenced appeal which states in part:

"Reversed and Remanded for further proceedings."

Counsel may file a motion for reconsideration within 20 days of filing this opinion pursuant to RAP 12.4(b). If counsel does not wish to file a motion for reconsideration but does wish to seek review by the Supreme Court, RAP 13.4(a) provides that if no motion for reconsideration is made, a petition for review must be filed in this court within 30 days. The Supreme Court has determined that a filing fee of $200 is required.

In accordance with RAP 14.4(a), a claim for costs by the prevailing party must be supported by a cost bill filed and served within ten days after the filing of this opinion, or claim for costs will be deemed waived.

Should counsel desire the opinion to be published by the Reporter of Decisions, a motion to publish should be served and filed within 20 days of the date of filing the opinion, as provided by RAP 12.3 (e).

Sincerely,

Richard D. Johnson
Court Administrator/Clerk

jh

Enclosure

c:      The Honorable Elizabeth J. Berns

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

BANK OF AMERICA, N.A., successor )
by merger to BAC HOME LOAN )
SERVICING, LP, formerly known as )
COUNTRYWIDE HOME LOANS )   No. 70646-2-I
SERVICING, LP, )
                                  )
            Appellants, )   DIVISION ONE
                                  )
    v. )
                                  )   UNPUBLISHED OPINION
NOTTINGHAM PROPERTIES I, LLC, )
a Washington Limited Liability )
Company, )
                                  )
            Respondent. )   FILED:   OCT   6 2014

PER CURIAM – This appeal was stayed pending the Washington State

Supreme Court's decision in <u>BAC Home Loans Servicing, LP v. Fulbright</u>, 180

Wn.2d 754, 328 P.3d 895 (2014). We have lifted the stay and the have parties

filed a "Stipulated Motion on the Merits to Reverse Trial Court Judgment and

Mandate to Superior Court." Although this court suspended the motion on the

merits procedure by a general order dated August 18, 2014, the stipulated

reversal is equivalent to a concession of error and will be treated as such. We

accept the concession of error and reverse and remand for further proceedings

consistent with the decision in <u>BAC Home Loans Servicing, LP v. Fulbright</u>.

Reversed and remanded for further proceedings.

For the court: